**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-07890 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Posto 9 Properties, LLC | | | | Date Filed (f) or Converted (c): | 05/11/2018 (c) |
| | | | | | 341(a) Meeting Date: | 06/12/2018 |
| For Period Ending: | 03/31/2020 | | | | Claims Bar Date: | 07/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real property/215 East Main Street, Lakeland, Florida 33801 | 2,390,000.00 | 1,500,000.00 | | 1,500,000.00 | FA |
| 2. Tangible Personal Property (u) | 0.00 | 0.00 | | 250,000.00 | FA |
| 3. Potential Claim For Rents | 29,000.00 | 29,000.00 | | 0.00 | 29,000.00 |
| Potential Claim for Rent Payments from Posto 9 Lakeland LLC | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $2,419,000.00       $1,529,000.00       $1,750,000.00       $29,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/12/18 Case being jointly administered with 17-07887 - Posto 9 Lakeland, LLC

Initial Projected Date of Final Report (TFR): 01/31/2020          Current Projected Date of Final Report (TFR): 07/31/2020

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-07890 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Posto 9 Properties, LLC | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX9397 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8677 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 03/31/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/19 | | Jennis Law firm | CLOSING PROCEEDS | | $140,000.00 | | $140,000.00 |
| | | | Gross Receipts $1,750,000.00 | | | | |
| | | TITLE INSURANCE FEE | CLOSING COST ($17,854.50) | 2500-000 | | | |
| | | Polk County Tax Collector | REAL ESTATE TAX ($20,994.89) | 4700-000 | | | |
| | | Polk County Tax Collector | TAX BILL ($25,773.46) | 4800-000 | | | |
| | | CENTERSTATE BANK, N.A. c/o CHRISTIAN P. GEORGE, ESQ. AKERMAN LLP 50 N. LAURA ST., SUITE 3100 JACKSONVILLE, FL 32202 | Lien Satisfaction ($1,545,377.15) | 4700-000 | | | |
| | 1 | | Real property/215 East Main Street, Lakeland, Florida 33801 $1,500,000.00 | 1110-000 | | | |
| | 2 | | Tangible Personal Property $250,000.00 | 1229-000 | | | |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $107.39 | $139,892.61 |
| 02/28/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $187.80 | $139,704.81 |
| 03/29/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $207.64 | $139,497.17 |
| 04/30/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $200.64 | $139,296.53 |
| 05/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $207.03 | $139,089.50 |
| 06/28/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $200.06 | $138,889.44 |

Page Subtotals:   $140,000.00   $1,110.56

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-07890
Case Name: Posto 9 Properties, LLC
Taxpayer ID No: XX-XXX8677
For Period Ending: 03/31/2020

Trustee Name: Larry S. Hyman, Chapter 7 Trustee
Bank Name: BOK Financial
Account Number/CD#: XXXXXX9397
Checking
Blanket Bond (per case limit): $3,802,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $206.43 | $138,683.01 |
| 08/30/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $206.12 | $138,476.89 |
| 11/01/19 | | Transfer to Acct # xxxxxx0209 | Transfer of Funds | 9999-000 | | $138,476.89 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $140,000.00 | $140,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $138,476.89 |
| Subtotal | $140,000.00 | $1,523.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $140,000.00 | $1,523.11 |

Page Subtotals: $0.00    $138,889.44

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-07890 | Trustee Name: | Larry S. Hyman, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Posto 9 Properties, LLC | Bank Name: | Axos Bank |
|  |  | Account Number/CD#: | XXXXXX0209 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX8677 | Blanket Bond (per case limit): | $3,802,000.00 |
| For Period Ending: | 03/31/2020 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/19 |  | Transfer from Acct # xxxxxx9397 | Transfer of Funds | 9999-000 | $138,476.89 |  | $138,476.89 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $138,476.89 | $0.00 |
| Less: Bank Transfers/CD's | $138,476.89 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $138,476.89   $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0209 - Checking | $0.00 | $0.00 | $138,476.89 |
| XXXXXX9397 - Checking | $140,000.00 | $1,523.11 | $0.00 |
|  | $140,000.00 | $1,523.11 | $138,476.89 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,610,000.00 |
| Total Net Deposits: | $140,000.00 |
| Total Gross Receipts: | $1,750,000.00 |

Page Subtotals:                                              $0.00          $0.00